UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:24-MJ-895-BP |
| | § | |
| | § | |
| ABDUL-AL-JABBAR OLORUNTOBA OLAIYA | § | |

### NOTICE OF DESIGNATION OF CASE ASSIGNMENT

Pursuant to Miscellaneous Order No. 3 (Revised June 20, 2000) ("Criminal Justice Act Plan"), § IV(b), the undersigned attorney has indicated by his signature that he is the staff attorney designated to work on this case.

/s/ *Christopher Weinbel*
CHRISTOPHER WEINBEL
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 24121196
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
(817) 978-2753
(817) 978-2757 (Fax)
Christopher_Weinbel@fd.org

### CERTIFICATE OF SERVICE

I, Christopher Weinbel, hereby certify that on November 27, 2024, I electronically filed this document with the Clerk of the United States District Court, Northern District of Texas, using the Court's electronic filing system. This system sent a "Notice of Electronic Filing" to the Assistant United States Attorney.

/s/ *Christopher Weinbel*
CHRISTOPHER WEINBEL
Assistant Federal Public Defender