# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CAUSE NO.: 4:24-MJ-895** |
| | § | |
| **ABDUL-AL-JABBAR OLORUNTOBA OLAIYA** | § § | |

## ENTRY OF APPEARANCE OF COUNSEL

**X**     I wish to enter my appearance as local retained counsel for the above-named defendant in this cause.

☐     I hereby enter my appearance as appointed counsel for the above-named defendant in this cause.

I understand that it is my duty to continue to represent the above-named defendant, in connection with all matters relating to this case, and in connection with all proceedings therein in this court; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Dated:  NOVEMBER 27 , 2024            /s/ ROGER E. HAYNES
                                      *ATTORNEY FOR DEFENDANT*
                                      *STATE BAR NO. 00795411*
                                      3300 OAK LAWN AVENUE, SUITE 700
                                      DALLAS, TEXAS 75219
                                      (214) 526- 3300 OFFICE
                                      (214) 526-3304 FAX